No. 11–1471. NEBRASKANS UNITED FOR LIFE, DBA NULIFE PREGNANCY RESOURCE CENTER *v.* PLANNED PARENTHOOD OF THE HEARTLAND ET AL. C. A. 8th Cir. Motions of Thomas More Law Center and Eagle Forum Education & Legal Defense Fund for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 11–1474. FARMERS INSURANCE COMPANY OF WASHINGTON ET AL. *v.* MORATTI, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM TARUTIS. Ct. App. Wash. Motion of DRI–The Voice of the Defense Bar for leave to file brief as *amicus curiae* granted. Certiorari denied. 

No. 11–1478. BANKS *v.* AMEREN UE ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition. 

No. 11–1543. METZ *v.* TITANIUM METALS CORP., DBA TIMET. C. A. 6th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition. 

No. 11–9692. RANA *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Motion for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 1020] denied. Leave to proceed as a veteran granted. Certiorari denied. 

No. 11–10049. HONESTO *v.* FOGEL, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–10145. NICKELS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 11–10371. STROTHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.